**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-22984-JB/Torres**

CODY GABRIEL,

      Plaintiff,

v.

GRAND BEACH HOTEL SURFISDE,

      Defendant.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATIONS</u>

**THIS CAUSE** was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Dismiss, ECF No. [42]. *See* ECF No. [26]. Following full briefing, Magistrate Judge Torres filed a Report and Recommendation ("R&R"), recommending that the Motion to Dismiss be granted. ECF No. [73]. Plaintiff filed objections to the R&R (the "Objections"), ECF No. [77], to which Defendant responded, ECF No. [78].

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Torres that Defendant's Motion to Dismiss should be granted.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Objections, ECF No. [77], are **OVERRULED**.

2. United States Magistrate Judge Torres' Report and Recommendation, ECF No. [73], is **AFFIRMED AND ADOPTED**.

3. Defendant's Motion to Dismiss, ECF No. [42], is **GRANTED**.

4. Plaintiff's Amended Complaint, ECF No. [37], is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Miami, Florida, this 24th day of July, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**